IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DARLA FERGUSON                                                                      PETITIONER

v.                                    CIVIL NO.  21-5209

STATE OF ARKANSAS                                                                   RESPONDENT

**REPORT AND RECOMMENDATION**

Petitioner Darla Ferguson ("Petitioner") filed her Motion for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 on November 29, 2021. (ECF No. 1). Petitioner, who was then detained in the Arkansas Division of Correction, McPherson Unit, in Newport, Arkansas, sought permission to proceed *in forma pauperis* ("IFP"), and the Court ordered her to complete an IFP application by January 1, 2022. (ECF Nos. 2, 3). When Petitioner's IFP had not been received as of January 10, 2022, the Court entered a Show Cause Order, requiring a response by January 31, 2022, or risk dismissal of her Motion. (ECF No. 5). On this date, Petitioner filed her IFP application and under penalty of perjury, advised she is no longer in custody but is employed by a private employer in Bentonville, Arkansas, with her envelope indicating a residential address in Rogers, Arkansas. (ECF No. 5, ¶ 2).

A § 2254 petitioner must first show that she is "in custody pursuant to the judgment of a State court" to seek to vacate a sentence under 28 U.S.C. § 2254(a). As stated by the Eighth Circuit in *Campillo v. Sullivan*, 853 F.2d 593, 595 (8th Cir.1988), "[t]he writ of habeas corpus functions to grant relief from unlawful custody or imprisonment. Absent custody by the authority against whom relief is sought, jurisdiction usually will not lie to grant the requested writ." Because Petitioner is no longer "in custody" or incarcerated, and because Petitioner has not established any

1

"rare circumstances" under which to proceed, *Lackawanna County Dist. Attorney v. Coss,* 532 U.S. 394, 3960397 (2001), the Court recommends that Petitioner's § 2254 Motion be dismissed.

For the reasons stated herein, it is recommended that Petitioner's Motion for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (ECF No. 1) be DISMISSED WITHOUT PREJUDICE.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. §636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 31st day of January 2022.

*Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE