# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

DARLA FERGUSON                                                              PETITIONER

V.                              CASE NO. 5:21-CV-5209

STATE OF ARKANSAS                                                           RESPONDENT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on January 31, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the Motion for Writ of Habeas Corpus because Petitioner is no longer in state custody, and consequently, the Court lacks jurisdiction to grant the requested relief. On February 8, 2022, Petitioner filed a document (Doc. 8) that, among other things, confirmed she is no longer in state custody. She also failed to file a specific objection to the R&R, and the time to object has now passed.

Accordingly, the Court finds the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS SO ORDERED** on this 22nd day of February, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE